**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 25-cr-80104**

**UNITED STATES OF AMERICA**

**v.**

**JOHN R. ROBINSON JR.,**

**Defendant.**

_________________________________/

**AGREED FACTUAL BASIS FOR GUILTY PLEA**

Beginning in or around November 2020, and continuing through in or around October 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant, JOHN R. ROBINSON JR. ("ROBINSON" or "Defendant"), did knowingly and willfully combine, conspire, confederate, and agree with his co-conspirators, including Daniel Carver, Co-Conspirator 1, and others, to commit health care fraud, in violation of Title 18, United States Code, Section 1349, that is, to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347.

Defendant also did knowingly and willfully, that is, with the intent to further the object of the conspiracy, combine, conspire, confederate, and agree with Daniel Carver, Co-Conspirator 1, and others to violate Title 18, United States Code, Section 371, that is to violate Title 42, United States Code, Section 1320a-7b(b)(1)(A), by soliciting and receiving renumeration, including kickbacks and bribes, directly and indirectly, overly and covertly, in cash and in kind, in return for

referring an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole and in part under a Federal health care benefit program, as defined in Title 42, United States Code, Section 1320a-7b(f), that is, Medicare.

ROBINSON, a resident of Palm Beach County, Florida, was an owner and operator of KEYSTONE LOGISTICS LLC ("KEYSTONE"), JRR MARKETING LLC ("JRR"), and ZENITH DYAD INC. ("ZENITH"), entities formed or incorporated under the laws of Florida. ROBINSON conspired with Daniel Carver, Co-Conspirator 1, and other co-conspirators to bill Medicare for medically unnecessary and non-reimbursable genetic testing. ROBINSON operated a call center to conduct, and partner with other entities that conducted, deceptive telemarketing campaigns targeting Medicare beneficiaries to obtain their consent to order genetic testing. From there, ROBINSON and others used the call center to procure false and fraudulent doctors' orders for genetic tests that were not medically necessary. As part of this scheme, ROBINSON and others sent deceptive communications to medical providers, through a front company called Biogene Solutions ("BIOGENE"). The communications falsely represented to medical providers, among other falsehoods, that BIOGENE was treating the beneficiary.

ROBINSON and others used KEYSTONE, JRR, and ZENITH to refer these orders to laboratories that Daniel Carver, Co-Conspirator 1, and others owned and controlled. These laboratories included CERGENA, Laboratory 1, and Laboratory 2. ROBINSON knew that the laboratories would bill Medicare for the genetic testing purportedly provided to the beneficiaries.

ROBINSON and others used KEYSTONE, JRR, ZENITH and other entities to solicit and receive illegal kickbacks and bribes to refer these orders to laboratories, including CERGENA, Laboratory 1, Laboratory 2, and others. ROBINSON and his co-conspirators concealed the illegal

kickbacks and bribes as payments for "marketing services." ROBINSON and Carver had an agreement for Carver to pay and for ROBINSON to receive $750 to $1,000 per order ROBINSON referred to CERGENA through KEYSTONE. ROBINSON and Co-Conspirator 1 had an agreement for Co-Conspiratory 1 to pay and for ROBINSON to receive $1,000 to $1,250 per order ROBINSON referred to Laboratory 1 and Laboratory 2 through JRR and ZENITH, respectively. ROBINSON knew that these laboratories would bill Medicare for the genetic testing referrals that were procured through illegal kickbacks.

As a result of ROBINSON's participation in the conspiracy, he and others submitted or caused the submission of false and fraudulent claims to Medicare for laboratory services that were not medically necessary and not eligible for reimbursement in following amounts:

| Laboratory Name | Amount Billed | Amount Paid |
|---|---|---|
| CERGENA | $9,552,182 | $7,880,056 |
| Laboratory 1 | $19,904,939 | $14,756,130 |
| Laboratory 2 | $32,327,565 | $21,473,129 |
| Total | $61,784,686 | $44,109,315 |

From in or around November 2020 and continuing through in or around October 2023, ROBINSON received approximately $5,788,300 in gross proceeds traceable to the health care fraud conspiracy and the conspiracy to pay and receive kickbacks.

When referring the Medicare beneficiaries to laboratories for genetic testing, ROBINSON knew that the genetic tests were being procured through illegal kickbacks and bribes, that the genetic tests were not medically necessary, that the genetic tests were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis, and that the results of genetic tests were not going to be used in the management of the beneficiary's specific medical problems.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 5/29/25 By: ______________________
JOHN R. ROBINSON JR.
Defendant

Date: 5/29/25 By: ______________________
AARON COHEN
Counsel for Defendant

Date: 6-4-25 By: ______________________
REGINALD CUYLER JR.
Trial Attorney