**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-cr-80104**

**UNITED STATES OF AMERICA,**

**v.**

**JOHN R. ROBINSON JR.,**

**Defendant.**
_________________________________/

## AGREED MOTION TO CONTINUE SENTENCING

The United States of America, through undersigned counsel, submits this Motion to Continue the Sentencing Hearing currently scheduled for December 3, 2026, and in support states:

1. On June 27, 2025, the United States Attorney for the Southern District of Florida charged Defendant by Information with one count of conspiracy to commit health care fraud and one count of conspiracy to offer and pay health care kickbacks. [ECF No. 1].

2. On October 15, 2025, Defendant pleaded guilty to the Information. [ECF No. 27].

3. On May 13, 2026, the Court reset Defendant's sentencing for December 3, 2026.

4. The Parties' request that Defendant's sentencing be continued to facilitate Defendant's cooperation, which is not complete at this time. Defendant has debriefed with criminal prosecution teams in various jurisdictions and continues to assist with those investigations.

5. Moreover, both undersigned counsel have trials set for November 10, 2026 and November 16, 2026.

6. Accordingly, given the ongoing nature of Defendant's cooperation, intervening holidays, and the undersigned's current schedule, the Parties agree that Defendant's sentencing hearing should be continued to at least February 2027.

WHEREFORE, the Parties jointly seek the relief requested herein and respectfully request that the Court grant this Motion.

Dated: September 11, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

COLIN M. MCDONALD
ASSISTANT ATTORNEY GENERAL
NATIONAL FRAUD ENFORCEMENT DIVISION

By: */s/ Reginald Cuyler Jr.*
Reginald Cuyler Jr.
Florida Bar No. 0114062
Aisha Schafer Hylton
Florida Special Bar No. A5503133
Trial Attorneys
United States Department of Justice
National Fraud Enforcement Division
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 748-3024 (Cuyler)
Tel: (202) 365-4660 (Schafer Hylton)
reginald.cuyler.jr@usdoj.gov
aisha.schafer.hylton@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 11, 2026, I electronically filed the foregoing document onto the Court's CM/ECF system.

*/s/ Reginald Cuyler Jr.*
Trial Attorney
U.S. Department of Justice